**STATE of Missouri, Respondent,**

v.

**Robert K. WEYER, Appellant.**

**No. WD 35621.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1985.

Dwight K. Scroggins, Jr., Asst. Public Defender, Fifth Judicial Circuit of Missouri, St. Joseph, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for first degree robbery and sentence of ten years imprisonment.

Judgment affirmed. Rule 30.25(b).